JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.R., a minor, by and through her guardian ad litem, RICARDO RODRIGUEZ; and J.R.R., a minor, by and through his guardian ad litem, RICARDO RODRIGUEZ, | Case No. 2:21-cv-08370-MCS-SHK **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| COUNTY OF LOS ANGELES, by and through LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; COUNTY OF LOS ANGELES, by and through LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; SANDRA PEREZ, an individual; DEPUTY M. KELSEY, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

1    Pursuant to this Court's Order Dismissing Action,

2    IT IS ADJUDGED that this case is dismissed without prejudice. Plaintiffs shall

3    take nothing from this action.

4

5    **IT IS SO ORDERED.**

6

7    Dated: February 9, 2022

8    MARK C. SCARSI
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28